STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY MACIAS, <br><br> Defendant. | No. CR 21-026-EMC <br><br> **STIPULATION TO RESCHEDULE SENTENCING FROM MARCH 10, 2022 TO MARCH 17, 2022;** ~~[PROPOSED]~~ **ORDER** |

    Due to a scheduled trial, the parties stipulate and respectfully request that the Court reschedule the sentencing of Defendant Anthony Macias set for March 10, 2022 to March 17, 2022.

    IT IS SO STIPULATED

                                         STEPHANIE M. HINDS
                                         United States Attorney

Dated: February 11, 2022          ___/s/_____
                                         Daniel Pastor
                                         Assistant United States Attorney

Dated: February 11, 2022          _____/s/_____
                                         Walter Brown
                                         Counsel for Defendant Anthony Macias

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the sentencing of Anthony Macias currently scheduled on March 10, 2022 is rescheduled to March 17, 2022.

IT IS SO ORDERED.

DATED: February 17, 2022

HON. EDWARD M. CHEN
United States District Judge