1  WALTER F. BROWN (SBN 130248)
   wbrown@paulweiss.com
2  R. ROSIE VAIL (SBN 317977)
   rvail@paulweiss.com
3  PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
   535 Mission Street, 24th Floor
4  San Francisco, CA 94105
   Telephone: 628-432-5111
5  Facsimile:  202-204-7379

6  Attorneys for Defendant
   ANTHONY MACIAS
7

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA, | 3:21-cr-00026-EMC |
13 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SENTENCING FROM MARCH 17, 2022 TO JUNE 9, 2022** |
14 | v. | |
15 | ANTHONY MACIAS, et al., | |
16 | Defendants. | |

17

18     At the recommendation of Pretrial Services, Defendant Anthony Macias entered a

19 program at Center Point on February 16, 2022.  In order to allow time for completion of the

20 program, the parties stipulate and respectfully request that the Court reschedule the sentencing of

21 Mr. Macias, currently set for March 17, 2022 at 10:00 am, to June 9, 2022 at 9:00 am.  The

22 parties propose this date based on communication with the Courtroom Deputy regarding the

23 Court's availability.

24 ///

25 ///

26 ///

27 ///

28 ///

STIPULATION
CASE NO. 3:21-cr-00026-EMC

| | | |
|---|---|---|
| 1 | Dated: March 1, 2022 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| 2 | | |
| 3 | | By: /s/ *Walter F. Brown* <br> WALTER F. BROWN <br> Attorney for Defendant <br> ANTHONY MACIAS |
| 6 | Dated: March 1, 2022 | By: /s/ *Daniel Pastor* <br> DANIEL PASTOR <br> Assistant United States Attorney |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the sentencing of Anthony Macias currently scheduled on March 17, 2022 at 10:00 am is rescheduled to June 9, 2022 at 9:00 am.

IT IS SO ORDERED.

DATED: March 4, 2022

_____
HON. EDWARD M. CHEN
United States District Judge